IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JOHNNY STINSON, | * |
| Petitioner | * |
| vs. | * |
| | CASE NO. 4:07-CV-97(CDL) |
| DANNIE THOMPSON, Warden, | * |
| Respondent | * |
| | * |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on September 28, 2007, is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 7th day of November, 2007.

                                                S/Clay D. Land
                                                  CLAY D. LAND
                                    UNITED STATES DISTRICT JUDGE